ACCEPTED
04-16-00286-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/11/2016 4:06:35 PM
KEITH HOTTLE
CLERK

No: 04-16-00286-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/11/2016 4:06:35 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS FOR
THE FOURTH DISTRICT OF TEXAS
SITTING AT SAN ANTONIO

MARGARET LANDEN SAKS and PHILIP M. ROSS,
       Appellants,

V.

MARCUS P. ROGERS, A. CHRIS
HEINRICHS, J. BARRETT SHIPP and
HEINRICHS & DE GENNARO, P.C.,
       Appellees.

On Appeal from
Probate Court No. One, Bexar County, Texas
Honorable Kelly Cross, presiding
Trial Court Cause No. 2011-PC-3466-B

CERTIFICATE OF CONFERENCE

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

COMES NOW, MARGARET LANDEN SAKS ("Landen") and the undersigned counsel, ("Appellants"), by and through undersigned counsel, and file this certificate of conference, and in support thereof would show:

1

On or about October 10, 2016, the attorneys for the parties conferred regarding Appellants' motion for leave to file their amended docketing statement and supplement to Appellants' brief. There was no objection to Appellants' motion for leave to file their amended docketing statement and supplement to Appellants' brief.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:  /s/ Philip M. Ross
     Philip M. Ross
     Attorney for Margaret Landen Saks

CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with attorneys Michael B. Johnson and Royal B. Lea, III, attorneys for the Defendants by email by agreement on October 10, 2016, and there was on objection to Appellants' motion for leave to file their amended docketing statement and supplement to Appellants' brief.

/s/  Philip M. Ross
Philip M. Ross

CERTIFICATE OF SERVICE

I hereby certify that this document was served on attorneys Michael B. Johnson, Mark Nawfal and Royal B. Lea, III, attorneys for the Defendants by email by agreement on October 11, 2016.

/s/  Philip M. Ross
Philip M. Ross